# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, | Case No. 1:21-cv-00648-AWI-SAB |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 1) |
| Defendants. | |

Prince Paul Raymond Williams ("Plaintiff"), proceeding pro se in this action, filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on April 19, 2021. (ECF No. 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: __April 20, 2021__

UNITED STATES MAGISTRATE JUDGE

1