# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS, | Case No. 1:21-cv-00648-AWI-SAB |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |
| v. | |
| COUNTY OF FRESNO, et al., | (ECF No. 5) |
| Defendants. | |

Prince Paul Raymond Williams ("Plaintiff"), is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The action was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 20, 2021, the magistrate judge filed a findings and recommendations recommending that Plaintiff's complaint be dismissed for failure to state a claim; failure to comply with the court's order; and failure to prosecute. (ECF No. 5.) The findings and recommendations were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days from the date of service. (Id.) The period for filing objections has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations, filed July 20, 2021 (ECF No. 5), is ADOPTED IN FULL;

2. This action is DISMISSED for Plaintiff's failure to state a claim, failure to comply with the court's order, and failure to prosecute; and

3. The Clerk of the Court is DIRECTED to close this matter.

IT IS SO ORDERED.

Dated:  November 17, 2021

_____
SENIOR DISTRICT JUDGE